IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TONY GARCIA,

      Plaintiff,

v.                                Case No. 5:21-cv-226-RH-MJF

WHITE, et al.,

      Defendants.

_____/

**ORDER DISMISSING ALL CLAIMS UNDER THE ADA
OR REHABILITATION ACT AND ALL CLAIMS
AGAINST DEFENDANTS DOMINICIS AND SIDEBOTTOM**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 20, and the plaintiff's "motion for leave," ECF No. 21. It is not clear what the "motion for leave" seeks leave to do. The deadline for objections to the report and recommendation has passed.

The recommendation is for dismissal of all claims under the Americans with Disabilities Act and Rehabilitation Act and all claims against the defendants Jorge Dominicis and Kevin Sidebottom. It is not clear that the operative pleading—the fifth amended complaint—even asserts claims under the ADA or Rehabilitation Act or against Mr. Sidebottom, but the report and recommendation

is correct that any such claims should be dismissed. The report and recommendation also is correct that the fifth amended complaint fails to state a claim on which relief can be granted against Mr. Dominicis. Accordingly,

IT IS ORDERED:

1. The report and recommendation is accepted.

2. All claims under the Americans with Disabilities Act and Rehabilitation Act and against Mr. Dominicis and Kevin Sidebottom are dismissed.

3. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

4. The "motion for leave," ECF No. 21, is denied.

5. The remaining claims are remanded to the magistrate judge.

SO ORDERED on July 7, 2022.

s/Robert L. Hinkle  
United States District Judge