IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TONY GARCIA,

    Plaintiff,

v.                                       CASE NO. 5:21cv226-RH-MJF

WHITE et al.,

    Defendants.

_____/

## ORDER DISMISSING THE
## CLAIMS AGAINST MR. CLOUD

This case is before the court on the magistrate judge's report and recommendation, ECF No. 81. The recommendation is for dismissal of the claims against the defendant Wilton Cloud for failure to exhaust administrative remedies. Apparently in response, the plaintiff filed a "notice of appeal" to the "Northern District Court of Appeal." ECF No. 82. I treat this as a Federal Rule of Civil Procedure 72 objection to the report and recommendation. But the objection includes no specifics. The plaintiff has not preserved his objections to the report and recommendation's recitation of the facts relating to the plaintiff's failure to exhaust.

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. Mr. Cloud's motion to dismiss, ECF No. 38, is granted. All claims against Mr. Cloud are dismissed.

3. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

4. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on April 16, 2023.

                                            s/Robert L. Hinkle  
                                            United States District Judge