IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TONY GARCIA,

    Plaintiff,

v.                                              CASE NO. 5:21cv226-RH-MJF

WHITE et al.,

    Defendants.

_____/

## ORDER DISMISSING THE CLAIMS AGAINST DEFENDANTS LONG, SNELL, AND MATHENY

This case is before the court on the magistrate judge's report and recommendation, ECF No. 115. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The motions to dismiss filed by the defendants David Long, Sabrevia Snell, and K. Matheny, ECF Nos. 92, 96, and 102, are granted. The claims against them are dismissed for failure to exhaust administrative remedies.

3. This order does not affect claims against other defendants.

4. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on July 15, 2023.

s/Robert L. Hinkle<br>United States District Judge