# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

TONY GARCIA,

    Plaintiff,

v.                                           CASE NO. 5:21cv226-RH-MJF

KENDRICK WHITE et al.,

    Defendants.

_____/

## ORDER DISMISSING THE CLAIMS AGAINST MR. WHITE

This case is before the court on the magistrate judge's report and recommendation, ECF No. 130. No objections have been filed. Upon consideration,

Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The defendant Kendrick White's motion to dismiss, ECF No. 126, is granted. The claims against him are dismissed for failure to exhaust administrative remedies.

3. This order does not affect claims against the remaining defendant Dr. Jorge Alvarez.

4. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on March 1, 2024.

s/Robert L. Hinkle<br>United States District Judge